IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

ALICE LEMELLE,                          )
     Plaintiff,                          )
                                        )
vs.                                     )          CIVIL ACTION NO. 07-0886
                                        )
MICHAEL J. ASTRUE,                      )          JUDGE DOHERTY
Commissioner of the                     )          MAGISTRATE HILL
Social Security Administration,         )
     Defendant.                          )

## JUDGMENT

After consideration of Defendant's Unopposed Motion to Reverse and Remand and Incorporated Memorandum, the Court finds that the Motion is well-taken and should be granted., there being no opposition; Therefore, the Court reverses the decision of the Commissioner and,

**ORDERS** that the above-captioned matter be remanded under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for the purpose of conducting further proceedings.  The case will be remanded to an Administrative Law Judge (ALJ) for further development and a new decision.  Specifically, upon remand, the ALJ will obtain vocational expert testimony to determine what jobs, if any, Plaintiff can perform based on the ALJ's residual functional capacity assessment.  Pursuant to Social Security Ruling (SSR) 00-4p, the ALJ should determine whether there are any conflicts between the vocational expert's testimony and the *Dictionary of Occupational Titles* (*DOT*).

SIGNED this 5 day of _____November_____ 2007, in Lafayette, Louisiana

_____
UNITED STATES MAGISTRATE JUDGE